No. 598. ROSENBERG *v.* WISCONSIN. Jurisdictional statement submitted December 2, 1933. Decided December 11, 1933. *Per Curiam:* The motion to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. (1)

*Meuller* v. *Illinois*, 289 U.S. 711; *Leach* v. *California*, 287 U.S. 579, 580; *Lavine* v. *California*, 286 U.S. 528; *Sproles* v. *Binford*, 286 U.S. 374, 393; *Bandini* v. *Superior Court*, 284 U.S. 8, 18; *Hygrade Provision Co.* v. *Sherman*, 266 U.S. 497, 501–503. (2) *Durland* v. *United States*, 161 U.S. 306, 315; *Husty* v. *United States*, 282 U.S. 694, 702. (3) *Portland Ry. Co.* v. *Oregon Railroad Comm'n*, 229 U.S. 397, 411, 412; *Pure Oil Co.* v. *Minnesota*, 248 U.S. 158, 164; *Aetna Life Ins. Co.* v. *Dunken*, 266 U.S. 389, 394. *Messrs. Wm. E. Leahy* and *Wm. J. Hughes, Jr.*, for appellant. *Mr. Fred M. Wylie* for appellee.